**Petition for Writ of Mandamus Denied and Memorandum Opinion Filed March 25, 2025.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-25-00016-CV
_____

## IN RE MARTY BERRY AND AXIS MIDSTREAM HOLDINGS, LLC, Relators

**Original Proceeding**
**Business Court Division 11A, Harris County, Texas**
**Trial Court Cause No. 24-BC11A-0025**

## MEMORANDUM OPINION

The Court has considered Relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, Relators' petition for writ of mandamus is **DENIED**.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.